# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA DRAGNEVA,<br><br>Defendant. | Case No. 19-cr-1495-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION AND DISMISSING INDICTMENT**<br><br>[Dkt. No. 27] |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment [Dkt. No. 16] without prejudice.

**IT IS SO ORDERED.**

Dated: May 23, 2019

Hon. Anthony J. Battaglia
United States District Judge